Decided June 30, 1999

KATHLEEN MATHER *v.* WAREHOUSE POINT
MASONIC HALL CORPORATION

The plaintiff's petition for certification for appeal from the Appellate Court, 53 Conn. App. 399 (AC 18060), is denied.

BERDON, J., dissenting. Notwithstanding *LaFleur* v. *Farmington River Power Co.*, 187 Conn. 339, 343, 445

A.2d 924 (1982), I would grant certification on the following issue: Whether the Appellate Court correctly relied on the general verdict rule to preclude appellate review in this case.

*J. Christopher Kervick*, in support of the petition.

*James V. Somers, Kevin M. Roche* and *Laura Pascale Zaino*, in opposition.

Decided June 30, 1999